**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed June 20, 2023.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00848-CV

---

### REUVEN BISK AND SHIA GRUNZEWIG, CROWN CAPITAL VENTURES AURA GALLERIA AND CROWN CAPITAL VENTURES SKYLAR POINTE LLC, BW-CCV AURA GALLERIA DE LLC AND BW-CCV SKYLAR POINTE DE LLC, Appellants

### V.

### BETTER WORLD HOLDINGS, LLC, BETTER WORLD PROPERTIES, LLC, TERRI CLIFTON, AND MICHAEL KNIGHT, Appellees

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-57926**

---

### MEMORANDUM OPINION

This is an appeal from an order signed October 28, 2022 granting injunctive relief. On May 18, 2023, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).  The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.